DOLLY M. TROMPETER
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mai Lee,<br><br>      Plaintiff,<br><br>   vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 1:20-cv-01633-NONE-BAM<br><br>STIPULATION AND |PROPOSED| ORDER FOR SECOND EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from November 1, 2021 to November 5, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Good cause exists.  Undersigned Counsel has two other merit briefs due on November 1, 2021

1

with extensive administrative records. Counsel is requesting a short 4-day extension to accommodate the increase in the case load.

  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

          Respectfully submitted,

Dated: October 28, 2021   PENA & BROMBERG, ATTORNEYS AT LAW

         By: */s/ Dolly M. Trompeter*
           DOLLY M. TROMPETER
           Attorneys for Plaintiff

Dated: October 28, 2021   PHILLIP A. TALBERT
           Acting United States Attorney
           DEBORAH LEE STACHEL
           Regional Chief Counsel, Region IX
           Social Security Administration

         By: */s/
           Daniel P. Talbert
           Special Assistant United States Attorney
           Attorneys for Defendant
           (*As authorized by email on October 28, 2021)

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a four (4) day extension of time to file an Opening Brief is GRANTED. Plaintiff shall file an Opening Brief on or before November 5, 2021. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **November 1, 2021**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE