DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mai Lee, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Kilolo Kijakazi, Acting )<br>Commissioner of Social Security, )<br><br>Defendant. )<br> )<br> )<br> )<br> ) | Case No. 1:20-CV-01633-NONE-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from December 20, 2021 to January 19, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's fourth request for an extension of time.  Good cause exists for this extension.  For the week of December 20, 2021, Counsel has two merit briefs, several reply and EAJA Motions. Despite having preplanned holiday

vacation days out of the State, Counsel still has, for the remainder of December 2021, five other merit briefs scheduled to be due within that period.

Counsel has preplanned vacation days for the Christmas holidays including vacation days to be spent out of State with family.  Counsel respectfully requests the Court granted the requested extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 20, 2021          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: December 20, 2021          PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Daniel P. Talbert*
Daniel P. Talbert
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on December 20, 2021)

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for an extension of time to file a reply brief is GRANTED.  Plaintiff shall file a reply brief on or before January 19, 2022.

The parties are advised that no further extensions of time shall be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **December 21, 2021**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE