UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 1:20-cv-01633-ADA-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 23, 32) |

　　　　On November 16, 2020, plaintiff Mai Lee, proceeding *in forma pauperis*, initiated this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for supplemental security income under Title XVI of the Social Security Act. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 20, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that plaintiff's appeal from the administrative decision of the Commissioner of Social Security be denied and the Clerk of this Court be directed to enter judgment in favor of defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against plaintiff Mai Lee.  (Doc. No. 32.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.* at 16-17.) Plaintiff filed timely objections on October 3, 2022.  (Doc. No. 33.)

1

The Commissioner did not respond to the objections, and the time in which to do so has passed. Fed. R. Civ. P. 72(b)(2).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case, including Plaintiff's objections. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis. Plaintiff's objections do not provide a basis to reject the findings and recommendations.

Accordingly,

1. The findings and recommendations issued on September 20, 2022 (Doc. No. 32) are ADOPTED in full;
2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is DENIED; and
3. The Clerk of this Court is directed to enter judgment in favor of defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against plaintiff Mai Lee.

IT IS SO ORDERED.

Dated:   December 2, 2022                                    _____
                                                                                         UNITED STATES DISTRICT JUDGE